

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE JUSTICIA**
**REGISTRO INMOBILIARIO DIGITAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

San Sebastián: Sección I
Ramon Quiles Diaz
Registrador de la Propiedad
quilesra@justicia.pr.gov

## CERTIFICACIÓN DE PROPIEDAD INMUEBLE
### TURNO DE CERTIFICACIÓN: 2018-001568-CERT

A solicitud de JUAN M. SURILLO PUMARADA se expide la presente sobre las constancias del Registro Inmobiliario Digital de Puerto Rico, y yo Ramon Quiles Diaz, Registrador **CERTIFICO** la siguiente información de la finca que se relaciona:

**Finca número: 2943**

**Demarcación: Las Marías**

### Descripción de la Finca

Número de Catastro: ---. Rústica: BARRIO FURNIAS de Las Marías. Solar: "UNO". Cabida: 767.55 Metros Cuadrados. Linderos: Norte, con parcela dedicada a uso público para ensanche de la carretera estatal número 120 que de Mayagüez conduce a Las Marías. Sur, con la finca principal de la cual se segrega. Este, con el solar número 2 del plano de inscripción. Oeste, con terrenos de Pablo Pérez. Es segregación de la finca 1033 al folio 118vto. del tomo 78 de Las Marías.

### Titulares

Inscrita a favor de Nelson Valentín Pérez y su esposa Paula Esther Campos Colón, mayores de edad, empleados ambos y vecinos de Las Marías, Puerto Rico, quienes adquirieron por compraventa a Oscar Torres Irizarry, soltero, por un valor de $2,200.00, según surge de la escritura número 12, otorgada en Mayagüez, Puerto Rico el día 11 de mayo de 1971 ante el notario José M. Muñoz Silva, que motivó la inscripción 2ª.

## Cargas y Gravámenes

**Hipoteca:** Afecta según la inscripción 5ª, a una Hipoteca en garantía de pagaré a favor de R & G Premier Bank of Puerto Rico, por la suma de $83,200.00, con interés al 8 1/4% anual, vencedero el 1 de marzo de 2027 y autenticado mediante affidávit número 9433. Créditos adicionales: tres sumas de 10% para cubrir costas, gastos y honorarios de abogado en caso de ejecución o procedimiento judicial, cualquier otro anticipo que pueda hacerse bajo esta hipoteca en intereses en adición a los garantizados por ley. Tasada en $83,200.00. Condiciones las que surgen del documento y sujeta a la cláusula de aceleración. Conforma a la escritura número 172 otorgada en San Juan, Puerto Rico el 12 de febrero de 1997 ante el notario Armando J. Martínez Vilella.

**Hipoteca:** Afecta según la inscripción 6ª, a una Hipoteca en garantía de pagaré a favor de Island Finance Puerto Rico Inc, por la suma de $32,116.76, con intereses al 14.76 % anual. Vencimiento: a la presentación. Afidávit 18,722. Garantizándose los siguientes créditos adicionales: 20% para cubrir costas, gastos y honorarios de abogado que pueda hacerse bajo esta hipoteca. Tasándose esta finca en la cantidad de $32,116.76. CONDICIONES: las que constan del documento. Conforme a la escritura número 119, otorgada en Sabana Grande, Puerto Rico el día 26 de abril del 2004, ante la notario Susan Báez Dixon.

**Condiciones Restrictivas:** Afecta según la inscripción 7ª a condiciones restrictivas a favor de la Autoridad para el Financiamiento de la Vivienda de Puerto Rico. Para viabilizar la rehabilitación del crédito de los BENEFICIARIOS y capacitar la retención de su vivienda principal y habitual, "LA AUTORIDAD", a través del Programa "PROTEGIENDO TU HOGAR", adoptado conforme al Reglamento Número 8018 del 2 de mayo de 2011, concedió a los deudores Hipotecarios y Beneficiarios la suma de $ 11,768.00 para subvencionar el pago mensual de la hipoteca a favor de R & G Premier Bank, por la suma de $ 83,200.00 que grava esta finca, ante la inminencia de un proceso de ejecución hipotecaria. Para garantizar la suma antes mencionada, LOS BENEFICIARIOS constituyen por virtud de la presente escritura unas condiciones restrictivas a favor de LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO, por la referida suma de $11,768.00, sin intereses; venciendo la misma el día 28 de septiembre de 2016 si no cumplen con las condiciones que se mencionan más adelante. LOS BENEFICIARIOS admiten y reconocen que el Beneficio o subsidio a que se contrae el presente documento le ha sido concedido por "LA AUTORIDAD" bajo las disposiciones del Programa y su Reglamento; adoptados por "LA AUTORIDAD", por lo que aceptan que la propiedad estará sujeta a las siguientes condiciones: a) El Inmueble tiene que constituir la residencia principal y habitual de los beneficiarios y no puede ser arrendada o destinada a otro uso que no sea el de su residencia principal, habitual y permanente. b) LOS BENEFICIARIOS no podrán vender, donar, permutar, o de cualquier otro modo transferir la propiedad, sin el previo consentimiento de la Autoridad, dentro de un período de cinco (5) años, contados desde la fecha en que se adjudicó el beneficio o subsidio. c) Si los beneficiarios fallecen sus herederos legítimos no vendrán obligados al reembolso dispuesto, si la propiedad hubiera sido legítimamente transferida a su favor por sucesión testada o intestada. Si los herederos advinieren titulares de la propiedad, dentro del período de cinco años antes relacionado, y dentro del mismo decidieren vender, permutar, donar o de otro modo transferir la propiedad, vendrán obligados a efectuar el reembolso del subsidio o beneficio sujeto a la siguiente proporción: 1er. año de incumplimiento 100% a ser reembolsado; 2do. año de incumplimiento 80% a ser reembolsado; 3er. año de incumplimiento 60% a ser reembolsado; 4to. año de incumplimiento 40 % a ser reembolsado. 5to. año de incumplimiento 20 % a ser reembolsado. d) "LA AUTORIDAD" podrá efectuar inspecciones periódicas a la propiedad para asegurarse que LOS DEUDORES HIPOTECARIOS están en cumplimiento con las restricciones y condiciones precedentemente relacionadas. Las condiciones vencerán por sus términos en el quinto aniversario de la fecha de otorgamiento de la escritura y podrán ser canceladas, transcurrido el término de cinco años, por LOS BENEFICIARIOS sin necesidad del consentimiento de LA AUTORIDAD, las cuales constituirán un gravamen sobre esta propiedad. Así resulta de la Escritura 1086 otorgada en San Juan, Puerto Rico, el día 28 de octubre de 2011 ante el notario Héctor Luis Torres Dávila.

**Anotación de Demanda:** Afecta según la Anotación A, a un Aviso de Demanda a favor de Santander Financial Inc., por el valor de $29,322.27.

**Anotación de Demanda** por la Hipoteca en garantía de pagaré a favor de Island Finance Puerto Rico por la suma principal de $32,116.76 que surge de la inscripción 6ª en el caso civil número 11CI201800040 sobre Cobro de Dinero y Ejecución de Hipoteca, Parte Demandante: Santander Financial Inc., Parte Demandada: Nelson Valentín Pérez, Paula Esther Campos Colón y la sociedad legal de gananciales, Estados Unidos de América. Tribunal de Primera Instancia, Sala de Mayagüez. Cantidad Adeudada: $29,322.27. EXTREMOS QUE SE SOLICITAN EN LA DEMANDA: Que la parte demandada ha incumplido con las cláusulas de la hipoteca antes mencionada por haber dejado de pagar las mensualidades vencidas desde el 28 de febrero de 2009 y el día primero de cada mes subsiguiente hasta el presente sin que se efectuara el pago de las mismas. Se solicita el pago del mismo la venta en pública subasta. OBSERVACIONES/CONDICIONES: Se incluye a los Estados Unidos de América como parte demandada solo por el hecho de que la propiedad hipotecada contiene gravámenes posteriores a su favor.

## Libros Auxiliares

Existe una Anotación de Embargo Federal, en el tomo número 4, folio 109, asiento 4 bajo el número 491829508, por la suma de $6256.28.

**Observaciones:**
No existen documentos pendientes para despacho.

Expedido la presente, hoy 12 de febrero de 2018, 10:00AM.
Despachado: el 9 de febrero de 2018, 10:08AM.

Firmado electrónicamente por el registrador Ramon Quiles Díaz el 12 de febrero de 2018, 10:00AM
Código de Validación: 087a38fd-8691-492b-8e68-ee8aa69d2db9
Derechos: $15.00, Número de comprobante: 28902247